**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MELISSA JAYNE INMON**                                                                          **PLAINTIFF**

**VS.**                                                               **CIVIL ACTION NO.: 1:08CV24-A-D**

**PONTOTOC CITY SCHOOL DISTRICT**                                   **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of all parties, and being advised that the parties have reached a full and final settlement of this matter, it is hereby Ordered that the Plaintiff's claims are dismissed with prejudice.

So **ORDERED**, this the 30th day of October, 2008.

                                                                          **/s/ Sharion Aycock**_____
                                                                          **U.S. DISTRICT COURT JUDGE**